James S. Sifers, SBN 259105
MADISON HARBOR, ALC
17702 Mitchell North
Irvine, CA 92614
Telephone: 949-756-9050
Facsimile: 949-756-9060

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YESENIA GONZALEZ,<br><br>PLAINTIFF(S)<br>v.<br>SEVEN STAR RECOVERY SERVICES, VEROS CREDIT, LLC, MVTRAC, LLC, and DOES 1 through 10,<br>DEFENDANT(S). | CASE NUMBER<br><br>15-CV-0618 JLS (SSx)<br><br>**NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT**<br>(For use with State Service only) |

**To:** CENTRAL PARK HOLDINGS, INC. dba SEVEN STAR RECOVERY SERVICES, a California corporation, 555 CAPITOL MALL STE 1000, SACRAMENTO CA 95814

The summons and complaint served herewith are being served pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure and Section 415.30 of the California Code of Civil Procedure.

You may complete the acknowledgment part of this form and return the completed form to the sender within twenty (20) days.

If you are served on behalf of a corporation, unincorporated association including a partnership, or other entity, you must indicate under your signature your relationship to that entity and your authorization to receive process for that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate your authority under your signature.

**IF YOU DO NOT** complete and return the form to the sender within twenty (20) days, you (or the party on whose behalf you are being served), may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

**IF YOU DO** complete and return this form, you (or the party on whose behalf you are being served), must answer the complaint within the time provided in Rule 12 of the Federal Rules of Civil Procedure or judgment by default may be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint was mailed on June 25, 2015.

_Crystal Arvano_
Signature of Sender

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT
*(To be completed by recipient)*

I declare under penalty of perjury, that I received a copy of the summons and complaint in the above-captioned matter at

_____  on  6/29/15
                    Address                                                                         Date

_BN_
Signature
PRESIDENT OF CENTRAL PARK HOLDINGS, INC.
Relationship to Entity/Authority to Receive Service of Process

CV-21 (02/04)   NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT