_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 15-00618 JLS (SSx)                          Date:  October 6, 2015

Title:  Yesenia Gonzalez v. Seven Star Recovery Services, et al.

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings:**         (In Chambers) SCHEDULING ORDER

   The Court previously vacated the Schedule Conference and directed the parties to file a Joint Rule 26(f) Report. (*See* Doc. 25.)  The parties complied with the Court's directive by filing their Joint Rule 26(f) Report on August 31, 2015.  (Doc. 31.)  However, despite having been directed to the Court's Order Setting Scheduling Conference that outlines the required contents of the Joint Report, the parties failed to include a fully completed Exhibit A to the Joint Report. (*See* Order Setting Scheduling Conference (Doc. 13) at 2-4 & Exh. A.)

   Moreover, the parties agreed upon a number of deadlines that differ from the Court's presumptive schedule without explaining the reasons for altering the Court's presumptive schedule.  (*Cf. id.* at 2 ("Parties wishing to deviate from [the presumptive] schedule shall provide the Court with reasons for each suggested change.").)  Therefore, the Court has set the deadlines in this case based upon the parties' proposed trial date.

   Counsel are advised that compliance with the Court's Orders, its Local Rules, and the Federal Rules of Civil Procedure is not voluntary and that repeated failures to comply are likely to result in the imposition of sanctions.

   Counsel's attention is directed to the Court's Civil Trial Order filed concurrently with this Minute Order. Generally, are to be set for hearing on the Court's first available date.

   Pursuant to Federal Rule of Civil Procedure 16(b)(4), the dates below will not be continued absent a showing of good cause.

_____

_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No.  SACV 15-00618 JLS (SSx) | Date:  October 6, 2015 |
| Title:  Yesenia Gonzalez v. Seven Star Recovery Services, et al. | |

| | |
|---|---|
| Last Day to File a Motion to Add Parties and Amend Pleadings: | December 8, 2015 |
| Fact Discovery Cut-off: | April 26, 2016 |
| Last Day to Serve Initial Expert Reports: | May 10, 2016 |
| Last Day to File Motions (excluding *Daubert* Motions and all other Motions in Limine): | May 6, 2016 |
| Last Day to Serve Rebuttal Expert Reports: | June 7, 2016 |
| Last Day to Conduct Settlement Proceedings: | June 28, 2016 |
| Expert Discovery Cut-off: | July 1, 2016 |
| Last Day to File *Daubert* Motions: | July 8, 2016 |
| Last Day to File Motions in Limine (excluding *Daubert* motions): | July 29, 2016 |
| Final Pretrial Conference (1:30 p.m.): | August 26, 2016 |
| Exhibit Conference (3:30 p.m.): | September 16, 2016 |
| Jury Trial (9:00 a.m.): | September 20, 2016 |
| Trial Estimate: | 4 days |

Initials of Preparer:  tg

_____