NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YESENIA GONZALEZ,<br><br>    Plaintiff,<br><br>    vs.<br><br>SEVEN STAR RECOVERY SERVICES, VEROS CREDIT, LLC, MVTRAC, LLC, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No: 8:15-CV-00618-JLS−SS<br><br>**ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT** |

The parties have stipulated to the filing of a Second Amended Complaint and cross-complaints in this matter. Accordingly, the Court rules as follows:

1. Plaintiff Yesenia Gonzalez is granted leave to file a Second Amended Complaint which adds MVConnect, LLC as a defendant.

2. Defendant Veros Credit, LLC is granted leave to file a First Amended Cross-Complaint which adds MVConnect, LLC as a cross-defendant, and defendant Central Park Holdings, Inc. is granted leave to file a First Amended Cross-Complaint which names MVConnect, LLC as a cross-defendant.

3. The Second Amended Complaint and any cross-complaint or amended cross-complaint shall be deemed served on the day they are filed, as to any defendants or cross-defendants who have already appeared in the action.

4. The defendants and cross-defendants shall answer the amended pleadings within the time permitted by law.

5. In light of the amendments, the parties are directed to meet and confer to determine appropriate adjustments to the pretrial schedule and trial date in this action. Counsel is directed to consult the Court's Order Setting Scheduling Conference. (Doc. 13.) Most specifically, counsel are directed to propose a schedule that adheres to the Court's presumptive schedule or explain why the Court should deviate from that schedule as to any suggested change. (*See id.* Ex. A.)

SO ORDERED.

Dated: March 14, 2016

———————————————
THE HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE