NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YESENIA GONZALEZ,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SEVEN STAR RECOVERY SERVICES, VEROS CREDIT, LLC, MVTRAC, LLC, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants.<br><br>AND ALL RELATED CROSS CLAIMS | Case No.: 8:15-CV-0618 JLS (SS)<br><br>**ORDER COTINUING PRETRIAL AND TRIAL DATES** |

　　　The parties having conferred, as directed by the court, and having stipulated to an amended pretrial and trial schedule; accordingly, the Court rules as follows:

1. The fact discovery cutoff is continued from April 26, 2016 to July 26, 2016.
2. Last Day to Serve Initial Expert Reports is continued from May 10 to August 9, 2016.
3. Last Day to File Motions (excluding Daubert Motions and all other Motions in Limine) is continued from May 6, 2016 to August 5, 2016.

4. Last Day to Serve Rebuttal Expert Reports is continued from June 7, 2016 to September 7, 2016.

5. Last Day to Conduct Settlement Proceedings is continued from June 28, 2016 to September 28, 2016.

6. Expert Discovery Cut-off is continued from July 1, 2016 to October 3, 2016.

7. Last Day to File Daubert Motions is continued from July 8, 2016 to October 10, 2016.

8. Last Day to File Motions in Limine (excluding Daubert motions) is continued from July 29, 2016 to October 31, 2016.

9. Final Pretrial Conference (1:30 p.m.) is continued from August 26, 2016 to December 16, 2016.

10. Exhibit Conference (3:30 p.m.) is continued from September 16, 2016 to January 13, 2017.

11. Jury Trial (9:00 a.m.) is continued from September 20, 2016 to January 17, 2017.

**SO ORDERED.**

Dated: April 18, 2016

_____
Hon. Josephine L. Staton
United States District Judge