1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YASSENIA GONZALEZ, | Case No. 8:15-CV-00618-JL-SSx |
| Plaintiff, | **ORDER REGARDING STIPULATION TO EXTEND FACT DISCOVERY CUTOFF AND MOTION CUTOFF.** |
| vs. | |
| CENTRAL PARK HOLDING, INC. dba SEVEN STAR RECOVERY SERVICES; VEROS CREDIT, LLS; MVTRAC, LLC., MVCONNECT, LLC, | Complaint Filed:  April 21, 2015<br>Trial Date:        January 17, 2017 |
| Defendants. | |
| CENTRAL PARK HOLDINGS, INC. dba SEVEN STAR RECOVERY SERVICES, | |
| Cross-Claimant, | |
| vs. | |
| VEROS CREDIT, LLC: MVTRAC, LLC; MVCONNECT, LLC and ZOES 1 through 10, inclusive, | |
| Cross-Defendants. | |
| AND RELATED CROSS-ACTIONS. | |

The parties having conferred and having stipulated to an amended pretrial and trial schedule; accordingly, the Court rules as follows:

1. The fact discovery cutoff is continued from July 26, 2016 to November 23, 2016.

2. Last Day to Serve Initial Expert Reports is continued from August 9 to December 8, 2016.

3. Last Day to File Motions (excluding *Daubert* Motions and all other Motions in Limine) is continued from August 5, 2016 to December 5, 2016.

4. Last Day to Serve Rebuttal Expert Reports is continued from September 7, 2016 to January 6, 2017.

5. Last Day to Conduct Settlement Proceedings is continued from September 28, 2016 to January 27, 2017.

6. Expert Discovery Cut-off is continued from October 3, 2016 to February 3, 2017.

7. Last Day to File Daubert Motions is continued from October 10, 2016 to February 10, 2017.

8. Last Day to File Motions in Limine (excluding *Daubert* motions) is continued from October 31, 2016 to February 28, 2017.

9. Final Pretrial Conference (1:30 p.m.) is continued from December 16, 2016 to April 21, 2017.

10. Exhibit Conference (3:30 p.m.) is continued from January 13, 2017 to May 12, 2017.

11. Jury Trial (9:00 a.m.) is continued from January 17, 2017 to May 16, 2017.

**SO ORDERED**

Dated: August 01, 2016

_____
Hon. Josephine L. Staton
United States District Judge